**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 143 MAL 2023

            Respondent             :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

            v.                          :

                                        :

ADANTE L. SMITH,                     :

                                      :

               Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.